■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO RAMIREZ, Appellant. [668 NYS2d 891] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 21, 1992 (*People v Ramirez,* 179 AD2d 788), affirming a judgment of the Supreme Court, Kings County, rendered January 26, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Copertino, Thompson and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE RAVENELL, Appellant. [668 NYS2d 898] —Appeal by the defendant from a judgment of the County Court, Nassau County (Jonas, J.), rendered October 13, 1995, convicting him of criminal sale of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Copertino, Pizzuto, Krausman and Florio, JJ., concur.